AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Oklahoma

FILED
JAN 13 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-mj-28-SH |
| COLE WALKER MORRIS | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 10, 2023__ in the county of __Tulsa__ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 115(a)(1)(B) | Threatening to Kidnap, Assault, or Murder a United States Judge |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI TFO LISSA KENNEDY

☑ Continued on the attached sheet.

_Complainant's signature_

FBI TFO LISSA KENNEDY
_Printed name and title_

Sworn to before me and signed by telephone.

Date: 1/13/23

_Judge's signature_

Susan E. Huntsman
United States Magistrate Judge
_Printed name and title_

City and state: Tulsa, OK

## AFFIDAVIT

I, Lissa Kennedy, a Task Force Officer with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I am a Task Force Officer of the Federal Bureau of Investigation, United States Department of Justice, and as such, I am an investigative or law enforcement officer who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United States Code. I am currently assigned to the Tulsa Resident Agency's Joint Terrorism Task Force and have been a Task Force Officer for approximately eight years. As a Task Force Officer, my duties include investigating violations of federal criminal law and threats to national security. In addition to formalized training, my investigations include, but are not limited to violent crimes, counterterrorism, threatening communications, and stalking within the Northern District of Oklahoma.

2. As a result of my training and experience as a FBI Task Force Officer, I am familiar with Federal criminal laws. I know the following is a violation of federal law:

> Title 18, United States Code, Section 115(a)(1)(B) - Threatening to assault, kidnap, or murder a United States Official - is violated by any person who threatens to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under section 1114 of Title 18; with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties.

3. The statements in this affidavit are based in part on information provided by the US Marshals investigation of threats directed at the Honorable Judge John F. Heil, Chief Judge of the Northern District of Oklahoma. Since this affidavit is being submitted for the limited purpose of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to assist in the issuance of a Complaint and to establish probable cause to believe a violation of Title 18, United States Code, Sections 115(a)(1)(B) was committed by COLE WALKER MORRIS.

## PROBABLE CAUSE

4. On January 10th, 2023 at approximately 1:25 PM, in the Northern District of Oklahoma, MORRIS approached the intake counter at the Page Belcher Federal

Courthouse holding several pieces of paper, which he asked Clerk's Office employee Brenda Conley to explain. Conley recognized the documents as filings in MORRIS' pro se lawsuit, which included the dismissal, judgment, and filing restrictions. Conley explained these documents to MORRIS and the fact his case had been dismissed for failure to state a claim.

5. After receiving this explanation, MORRIS became very agitated and began making statements that he had in fact stated a claim and the Judge on the case was going to be held accountable. MORRIS then referred to Chief Judge John F. Heil by name and made statements that he was going to hold Judge Heil down and that Judge Heil was going to give his life.

6. Morris continued making threatening statements, including that he would return to the courthouse with an armed militia and take hostages. He then made comments questioning whether the glass between him and Clerk's Office employees was bulletproof. MORRIS also made statements about raping women and no one being able stop him. MORRIS stated he was not making threats but stating his rights as an American.

7. At this point, Court staff hit a duress alarm to notify Court Security Officers. MORRIS began to leave the Clerk's Office but stated he would return. Court Security Officers then spotted MORRIS running away from the courthouse.

8. MORRIS' statements constitute threats to assault, kidnap, or murder Chief Judge John F. Heil, a United States judge, with intent to impede, intimidate, or interfere with Judge Heil while engaged in the performance of his official duties, or with intent to retaliate against Judge Heil on account of the performance of his official duties.

9. Based on the information set forth above, I believe there is probable cause MORRIS committed the offenses described herein and request the Court issue a Complaint and Arrest Warrant for COLE WALKER MORRIS.

_____
LISSA KENNEDY, Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn by ~~telephone~~ this 13th day of January, 2023

_____
HON. Susan E. Huntsman
United States Magistrate Judge