

FILED
FEB 08 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLE WALKER MORRIS,<br><br>Defendant. | Case No. **23 CR 0 4 7 GKF**<br><br>INDICTMENT<br>[18 U.S.C. §§ 115(a)(1)(B) and (b)(4) – Threatening to Kidnap, Assault and Murder a Member of the Federal Judiciary] |

**THE GRAND JURY CHARGES:**

On or about January 10, 2023, in the Northern District of Oklahoma, the defendant, **COLE WALKER MORRIS**, did threaten to assault and murder John F. Heil, III, Chief District Judge, Northern District of Oklahoma, with the intent to impede, intimidate, and interfere with Chief District Judge John F. Heil, III, while he was engaged in the performance of his official duties and to retaliate against John F. Heil, III, Chief District Judge, Northern District of Oklahoma, on account of the performance of his official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

DAVID CLAY FOWLKES
United States Attorney
Western District of Arkansas

A TRUE BILL

By: BRYAN A. ACHORN
Special Assistant United States Attorney
Acting Under Authority Conferred by 28 U.S.C. § 515

/s/ Grand Jury Foreperson
Grand Jury Foreperson